PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN
ASSISTANT UNITED STATES TRUSTEE
TIMOTHY J. FARRIS, State Bar No. 102678
TRIAL ATTORNEY
3685 Main Street, Suite 300
Riverside, CA 92501-2804
Telephone: (951) 276-6990  Fax: (951) 276-6973
U.S. Trustee ustpregion16.rs.ecf@usdoj.gov

FILED & ENTERED

NOV 13 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>LOUIE ANTHONY HERNANDEZ,<br><br><br><br><br><br><br>Debtors. | ) Case No.: 6:09-bk-24811-PC<br>)<br>) Chapter 7<br>)<br>) ORDER VACATING HEARING ON UNITED<br>) STATES TRUSTEE'S MOTION TO DISMISS<br>) WITHOUT PREJUDICE TO RESETTING IT<br>) ON CALENDAR IF CONVERSION TO<br>) CHAPTER 13 IS NOT COMPLETED OR IN<br>) THE EVENT THAT THE CASE IS<br>) RECONVERTED TO CHAPTER 7<br>)<br>) DATE: October 26, 2009<br>) TIME: 9:30 A.M.<br>) COURTROOM: "304"<br>)        Honorable PETER H. CARROLL<br>)        3420 Twelfth Street, 3rd Floor<br>)        Riverside, CA 92501-3819<br>) |

The United States Trustee's Motion To Dismiss Chapter 7 Case Pursuant To 11 U.S.C. § 707(b)(1), (2) and (3)(B) came on regularly for continued hearing on October 26, 2009, at the hour of 9:30 a.m., in Courtroom "304", United States Bankruptcy Courthouse, 3420 Twelfth Street, Riverside, CA 92501, before the Honorable PETER H. CARROLL, United States Bankruptcy Judge. Timothy J. Farris, Esq. appeared for the Movant, the United States Trustee for Region 16, Peter C. Anderson. Fabio Amador, Esq. appeared for the Debtor, who was also present. There were no other appearances.

Based upon the United States Trustee's Notice Of Motion And Motion To Dismiss Chapter 7 Case Pursuant To 11 U.S.C. § 707(b)(1), (2) and (3)(B); Memorandum Of Points And Authorities And Declaration Of George Alfano In Support Thereof, the Request For Judicial Notice In Support Of United States Trustee's Motion To Dismiss Chapter 7 Case Pursuant To 11 U.S.C. § 707(b)(1), (2) and (3)(B), the Debtor's oral Motion to Convert His Case to one Under Chapter 13 at the time of the hearing, and the files and records of the United States Bankruptcy Court with respect to the above-referenced case, and

GOOD CAUSE APPEARING THEREFORE,

**IT IS HEREBY ORDERED THAT** the hearing on the United States Trustee's Motion to Dismiss the above-referenced case is vacated; and

**IT IS FURTHER ORDERED THAT,** if the conversion to Chapter 13 is not completed for any reason, or in the event that the above-referenced case is reconverted to one under Chapter 7, then the United States Trustee's Motion to Dismiss the above-referenced case may be reset for hearing on the Court's calendar.

###

DATED: November 13, 2009

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category 1 Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300
Riverside, CA 92501

The foregoing document described  ORDER VACATING HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS WITHOUT PREJUDICE TO RESETTING IT ON CALENDAR IF CONVERSION TO CHAPTER 13 IS NOT COMPLETED OR IN THE EVENT THAT THE CASE IS RECONVERTED TO CHAPTER 7, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), a true and correct copy will be served by the court via NEF and hyperlink to the document. On _____ ,I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On November 10, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Debtor: | Debtors Attorney |
|---|---|
| **Louie Anthony Hernandez** | **Gregory J. Doan** |
| **3567 Ellesmere Drive** | **25401 Cabot Rd. Ste 119** |
| **Corona, CA 92882** | **Laguna Hills, CA 92653** |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 10, 2009,I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
**Hon. Peter H. Carroll, Placed in  bin outside courtroom 304, Riverside Division**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/10/09 | Pat Pezoldt | /s/ Pat Pezoldt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) ORDER VACATING HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS WITHOUT PREJUDICE TO RESETTING IT ON CALENDAR IF CONVERSION TO CHAPTER 13 IS NOT COMPLETED OR IN THE EVENT THAT THE CASE IS RECONVERTED TO CHAPTER 7  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

U.S. Trustee ustpregion16.rs.ecf@usdoj.gov
Gregory Doan – ecf@doanlaw.com
Sandra Bendon – Sandra@jmpoccoxmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:
**Debtor:**
**Louie Anthony Hernandez**
**3567 Ellesmere Drive**
**Corona, CA 92882**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page